UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04  10624 MLW

Highfields Capital Ltd., Highfields Capital I LP, )
Highfields Capital II LP, )
)
         Plaintiffs, )
)
v. )
)
SCOR, S.A., )
)
         Defendant. )

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

1.   Plaintiff Highfields Capital Ltd. is an exempted company organized under the laws of the Cayman Islands, does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock. Its assets are managed by Highfields Capital Management LP, whose offices are located in Boston, Massachusetts.

2.   Plaintiff Highfields Capital I LP is a limited partnership, organized under the laws of Delaware, does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock. Its general partner is Highfields Associates LLC, a Delaware limited liability company whose office is in Boston, Massachusetts. Its assets are managed by Highfields Capital Management LP, as its investment manager, whose offices are located in Boston, Massachusetts.

3.   Plaintiff Highfields Capital II LP is a limited partnership, organized under the laws of Delaware, does not have a parent corporation, and there is no publicly held corporation that owns 10% or more of its stock. Its general partner is Highfields Associates LLC, a Delaware limited liability company whose office is in Boston, Massachusetts. Its assets

are managed by Highfields Capital Management LP, as its investment manager, whose offices are located in Boston, Massachusetts.

/s/ J.J.M.
Lisa C. Wood, BBO# 543811
Ian J. McLoughlin, BBO# 647203
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Attorneys for Plaintiffs


Of Counsel:

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Tel: (212) 455-2000
Fax: (212) 455-2502

Dated: March 31, 2004