UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
Highfields Capital Ltd., Highfields  :
Capital I LP, Highfields Capital II LP,  :
                                           :
     Plaintiffs,  : Case No. 04-10624 (MLW)
  v.  :
                                           :
SCOR, S.A.,  :
                                           :
     Defendant.  :
---------------------------------------------------------x

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Douglas H. Meal of the firm of Ropes & Gray LLP, One International Place, Boston, Massachusetts, 02110, (617) 951-7000, on behalf of the defendant SCOR, S.A. in the matter captioned above.

           Respectfully submitted,

           */s/ Douglas H. Meal*
           Douglas H. Meal (BBO# 340971)
           ROPES & GRAY LLP
           One International Place
           Boston, MA 02110-2624
           Tel: 617-951-7000
           Fax: 617-951-7050

           Counsel for Defendant SCOR, S.A.

July 6, 2004

Of Counsel:
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel: 212-558-4000
Fax: 212-558-3588

9484169_1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon Lisa C. Wood, the attorney of record for the Plaintiff at Foley Hoag LLP, 155 Seaport Blvd, Boston, MA 02210-2600 by hand on July 6, 2004.

*/s/ Douglas H. Meal*
Douglas H. Meal