UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------x
Highfields Capital Ltd., Highfields             :
Capital I LP, Highfields Capital II LP,         :
                                                :
                  Plaintiffs,                   :   Case No. 04-10624 (MLW)
            v.                                  :
                                                :
SCOR, S.A.,                                     :
                                                :
                  Defendant.                    :
-------------------------------------------------------x
```

**CORPORATE DISCLOSURE**
**STATEMENT PURSUANT TO LOCAL RULE 7.3**

Defendant, SCOR, S.A. ("SCOR"), hereby states pursuant to Local Rule 7.3 that it has no parent corporation. SCOR's Ordinary Shares are listed and trade on the Paris Bourse and also trade over-the-counter on the Frankfurt Stock Exchange. SCOR also has American Depositary Shares that are listed and traded on the New York Stock Exchange. Groupama/Gan Groupe owns in excess of 10% of SCOR's stock.

    Respectfully submitted,

    SCOR, S.A.

    By its attorneys,

    */s/ Douglas H. Meal*
    Douglas H. Meal (BBO# 340971)
    ROPES & GRAY LLP
    One International Place
    Boston, MA 02110-2624
    Tel: 617-951-7000
    Fax: 617-951-7050

July 6, 2004

Of Counsel:
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel: 212-558-4000
Fax: 212-558-3588

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Lisa C. Wood, the attorney of record for the Plaintiff at Foley Hoag LLP, 155 Seaport Blvd, Boston, MA 02210-2600 by hand on July 6, 2004.

                                        */s/ Douglas H. Meal*
                                          Douglas H. Meal

NY12525:350479.4