

**FOLEY HOAG LLP**
ATTORNEYS AT LAW

FILED
IN CLERKS OFFICE

2004 JUN 28  P 2:53

U.S. DISTRICT COURT
DISTRICT OF MASS

Lisa C. Wood
Boston Office
617.832.1117
lwood@foleyhoag.com

June 25, 2004

Clerk's Office
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

> Re:  Highfields Capital Ltd., Highfields Capital I LP,
>      Highfields Capital II LP v. SCOR, S.A.
>      Civil Action No. 04-10624-MLW

Dear Madam or Sir:

    I write on behalf of plaintiffs in the above referenced matter to withdraw the Emergency Motion to Effectuate Service Through Alternative Means, filed on June 23, 2004. At the time of filing that motion, we were under the impression that service had not yet been effectuated on defendant. Since the time of filing, defendant's counsel, James H. Carter, contacted me and represented that defendant had accepted service on June 14, 2004 through the Hague Convention. While we have not yet received confirmation of service from the authorities in France, we are withdrawing the motion on the basis of the representation of defendant's counsel.

    Thank you for your attention.

Very truly yours,

Lisa C. Wood

cc:  James H. Carter, Esq.
     Ian J. McLoughlin, Esq.

FHBoston/1073595.1

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com