FILED
UNITED STATES DISTRICT COURT CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

2004 JUL -6  P 4: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

------------------------------------------------x
Highfields Capital Ltd., Highfields   :
Capital I LP, Highfields Capital II LP,   :
                                          :
                    Plaintiffs,           :    Case No. 04-10624 (MLW)
                                          :
        v.                                :
                                          :
SCOR, S.A.,                               :
                                          :
                    Defendant.            :
------------------------------------------------x

## <u>NOTICE OF APPEARANCE</u>

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of

Douglas H. Meal of the firm of Ropes & Gray LLP, One International Place, Boston,

Massachusetts, 02110, (617) 951-7000, on behalf of the defendant SCOR, S.A. in the

matter captioned above.

                              Respectfully submitted,

                              Douglas H. Meal (BBO# 340971)
                              ROPES & GRAY LLP
                              One International Place
                              Boston, MA 02110-2624
                              Tel:  617-951-7000
                              Fax:  617-951-7050

                              Counsel for Defendant SCOR, S.A.

July 6, 2004

Of Counsel:
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel: 212-558-4000
Fax: 212-558-3588

9484169_1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Lisa C. Wood, the attorney of record for the Plaintiff at Foley Hoag LLP, 155 Seaport Blvd, Boston, MA 02210-2600 by hand on July 6, 2004.

Douglas N. Meal

9484169_1