UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUL 19 P 4: 57
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Highfields Capital Ltd., Highfields Capital I LP, Highfields Capital II LP,<br><br>Plaintiffs,<br><br>v.<br><br>SCOR, S.A.,<br><br>Defendant. | Civil Action No. 04-10624 MLW |

## STIPULATION FOR EXTENSION OF TIME

It is hereby stipulated, consented and agreed by and between Plaintiffs Highfields Capital Ltd., Highfields Capital I LP, Highfields Capital II LP and Defendant SCOR, S.A. that the time for Plaintiffs to file their opposition to Defendant SCOR, S.A.'s Motion to Dismiss Plaintiffs' Complaint or, in the Alternative, to Stay the Action, is extended to and including August 3, 2004.

Plaintiffs Highfields Capital Ltd.,
Highfields Capital I LP, and Highfields
Capital II LP,

By their attorneys,

_/s/ Lisa C. Wood_
Lisa C. Wood, BBO# 543811
Ian J. McLoughlin, BBO# 647203
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

Dated: July 16, 2004

Defendant SCOR S.A.,

By its attorneys,

_/s/ Douglas H. Meal_
Douglas H. Meal, BBO# 340971
Giselle J. Pinto, BBO# 658047
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

FHBoston/1082691.1