UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------x
Highfields Capital Ltd., Highfields             :
Capital I LP, Highfields Capital II LP,         :
                                                :
                    Plaintiffs,                 :   Case No. 04-10624 (MLW)
            v.                                  :
                                                :
SCOR, S.A.,                                     :
                                                :
                    Defendant.                  :
------------------------------------------------------- x
```

**DEFENDANT SCOR, S.A.'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION TO DISMISS OR STAY**

  Defendant SCOR hereby moves this Court for leave to submit the attached Reply Memorandum in further support of its Motion to Dismiss or Stay. As grounds for this motion, SCOR states that the Reply Memorandum sets forth several responsive points, supported by pertinent legal authorities, that will be helpful to the court in resolving the pending motion.

                Respectfully submitted,

                SCOR

                By its attorneys,


                _/s/_ Douglas H. Meal_____
                Douglas H. Meal (BBO# 340971)
                ROPES & GRAY LLP
                One International Place
                Boston, MA 02110-2624
                Tel: 617-951-7000
                Fax: 617-951-7050

August 17, 2004

Of Counsel:
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel:  212-558-4000
Fax:  212-558-3588

## CERTIFICATION UNDER LOCAL RULE 7.1

The undersigned hereby certifies that, as required by Local Rule 7.1, counsel for the parties conferred with respect to the above motion by telephone.  At that time, Plaintiff's counsel did not assent to the Motion for Leave to File a Reply Memorandum and reserved their rights to oppose pending their review of the Reply Memorandum and Affidavits.

            ___/s/_Douglas H. Meal_____
            Douglas H. Meal

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document and the attached Reply Memorandum with Affidavits were served upon Ian J. McLoughlin, the attorney of record for the Plaintiff at Foley Hoag LLP, 155 Seaport Blvd, Boston, MA 02210-2600 by electronic filing on August 17, 2004.

            ___/s/_Douglas H. Meal_____
            Douglas H. Meal