AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2004 OCT 18 P 1: 06
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| HIGHFIELDS CAPITAL LTD., HIGHFIELDS CAPITAL I LP AND HIGHFIELDS CAPITAL II LP<br><br>V.<br><br>SCOR, S.A. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br>**04 10624 MLW** |

TO: SCOR, S.A.
Paris, France

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lisa C. Wood
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210-2600

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE  MAR 31 2004

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service was made on June 14, 2004 pursuant to the Hague Service Convention.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/13/04
             Date

Signature of Server  Ian J. McLoughlin, Esq.

Address of Server
FOLEY HOAG LLP
155 Seaport Blv.
Boston, MA  02210

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.