UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
Highfields Capital Ltd., Highfields           :
Capital I LP, Highfields Capital II LP,       :
                                              :
                Plaintiffs,     :  Case No. 04-10624 (MLW)
    v.                                     :
                                              :
SCOR, S.A.,                                   :
                                              :
                Defendant.      :
---------------------------------------------------------x

## CERTIFICATE OF JAMES H. CARTER

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I hereby certify the following:

1.    I am a member of the law firm of Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004-2498.

2.    I have been admitted to the Bar of the State of New York. I have been admitted to practice in New York and in the following federal courts: Supreme Court of the United States; U.S. Courts of Appeal for the Federal, First, Second, Third and Fifth Circuits; U.S. Court of International Trade; and U.S. District Courts for the District of Connecticut, the Western District of Michigan and the Eastern, Northern and Southern Districts of New York.

3.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules in the United States District Court for the District of Massachusetts.

I state under the penalties of perjury that the foregoing is true and correct.

*[signature]*
James H. Carter

Dated: January 26, 2005