UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Highfields Capital Ltd., Highfields Capital I LP, Highfields Capital II LP, </br></br>Plaintiffs, </br></br> v. </br></br> SCOR, S.A., </br></br> Defendant. | Civil Action No.  04-10624 MLW |

## CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Plaintiffs Highfields Capital Ltd., Highfields Capital I LP, Highfields Capital II LP, and their counsel hereby certify, pursuant to Local Rule 16.1(D)(3), that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of this litigation; and

(b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: February 18, 2005

Plaintiffs Highfields Capital Ltd.,
Highfields Capital I LP, and Highfields,
Capital II LP,

By their attorneys,


 s/Ian J. McLoughlin
Lisa C. Wood, BBO# 543811
Ian J. McLoughlin, BBO# 647203
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

## **CERTIFICATION**

I, the undersigned authorized representative of the plaintiffs, hereby certify that I have had discussions with my attorneys with a view towards establishing a budget for the costs of conducting various courses of this litigation. We also have discussed and considered the resolution of this litigation through the use of appropriate alternative dispute resolution program.


 s/Joseph Mazzella
Joseph Mazzella, Esq.