UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x

Highfields Capital Ltd., Highfields
Capital I LP, Highfields Capital II LP,

             Plaintiffs,    :  Case No. 04-10624 (MLW)

      v.

SCOR, S.A.,

             Defendant.

------------------------------------------------- x

## DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), Defendant SCOR and its counsel certify that they have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course -- and alternate courses -- of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By: _____
Patrick Thourot
Chief Operating Officer, SCOR
Immeuble SCOR
1, avenue du Général de Gaulle
92047 Paris La Défense Cedex
FRANCE

By: _____
Douglas H. Meal (BBO# 340971)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Tel: 617-951-7000
Fax: 617-951-7050
*Attorneys for Defendant*

Of Counsel:
James H. Carter
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel: 212-558-4000
Fax: 212-558-3588

Dated: February 18, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 2/18/05  /s/ Giselle Joffre