UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HIGHFIELD CAPITAL et al**          CIVIL CASE
                                      NO. 04-10624-MLW

    V.

**SCOR, S.A.**

    Defendant(s)

**WOLF, D.J.**           NOTICE OF CANCELLATION

The **MOTION HEARING/SCHEDULING CONFERENCE** originally scheduled for **FEBRUARY 25, 2005** at 3:00 P.M. before Judge Wolf, has been CANCELLED.

TONY ANASTAS
CLERK OF COURT

**February 23, 2005**          By:   /s/ Dennis O'Leary
Date                                  Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                    [ntchrgcnf.]