UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HIGHFIELD CAPITAL LTD. et al**                    **CIVIL CASE**
                                                   **NO. 04-10624-MLW**
           V.

**SCOR, S.A.**
            Defendant(s)

**WOLF, D.J.**          **NOTICE OF RESCHEDULING/CANCELLATION**

The **MOTION HEARING/SCHEDULING CONFERENCE** previously scheduled for **JUNE 23, 2005** at **3:00 P.M.** before Judge **Wolf**, has been CANCELLED. It has been RESCHEDULED for **AUGUST 24, 2005** at **3:00 PM** in courtroom 10 on the 5th floor.

                                        SARAH A. THORNTON
                                        CLERK OF COURT

**June 13, 2005**               By:    /s/ Dennis O'Leary
Date                                   Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                           [ntchrgcnf.]