# ARTHUR COX

EARLSFORT CENTRE, EARLSFORT TERRACE, DUBLIN 2
TEL +353 1 618 0000 FAX +353 1 618 0618 DX 27 DUBLIN
mail@arthurcox.com www.arthurcox.com

BELFAST
[illegible] HOUSE 3 UPPER QUEEN STREET
BELFAST BT1 6PU
TELEPHONE +44 28 9023 0007
FAX +44 28 9023 3464

LONDON
29 LUDGATE HILL
LONDON EC4M 7JE
TELEPHONE +44 20 7213 0450
FAX +44 20 7213 0455

NEW YORK
570 LEXINGTON AVENUE, 28TH FLOOR
NEW YORK, NY 10022
TELEPHONE +1 212 759 0808
FAX +1 212 688 3237

JM3/KM
Direct Dial : 618 0403

29th July 2005

**BY FAX & DX - 661 0883**

L K Shields
Solicitors
39/40 Upper Mount Street
Dublin 2
**DDE Box No - 123**

**<u>EXTREMELY URGENT</u>**

Re: **In the matter of IRP Holdings Limited**
**Our client: SCOR S.A.**
**Your clients: Highfields Capital Limited, Highfields Capital I LP, Fields Capital II L.P. and Highfields Capital SPC.**
**The High Court 2003 No. 576 COS. (The "Proceedings")**

Dear Sirs

We refer to the above matter and to your faxed letter of 28 July 2005 which was received yesterday evening at 20:43.

We confirm that our client consents to the Proceedings (being the claim and counterclaim) being struck out with no order as to costs save for those costs which are the subject of the Order of the High Court made on 29 March 2004.

As regards the conditions referred to in your letter, we respond as follows:

1. We agree that each party will bear its own costs of the proceedings save that your clients will discharge our client's costs which are the subject of the Order of the High Court of 29 March 2004. We agree the costs the subject of that Order should be taxed in default of agreement.

2. We agree that the striking out of the Proceedings is not to prejudice the United States Proceedings referred to in paragraph 2 of your letter. While we note that your clients purport to reserve rights to issue further claims against our client, our client does not acknowledge the existence of any such rights or claims and nothing in this letter or in

[illegible] O'Hagan Daniel F. O'Connor Robert Bolton John V. O'Dwyer Ronan Walsh Donough Crowley John S. Walsh Michael Meghen Joseph Lyndes William Johnston Eugene McCague Nicholas G. Moore Declan Hayes David O'Donohoe Colm Duggan Carl O'Sullivan Isabel Foley John Meade Conor McDonnell Patrick Molloy Grainne Hennessy Séamus Given Colin Byrne Caroline Devlin Ciaran Bolger Gregory Glynn David Foley Stephen Hegarty Declan [illegible] Sarah Cunniff Kathleen Garrett Pádraig Ó Riordáin Elizabeth Bothwell William Day Andrew Lenny John Menton Patrick O'Brien [illegible] O'Connor Brian O'Gorman Mark Saunders Mark Barr John Matson Deborah Spence Margaret Muldowney Niamh Caffrey Kevin Murphy [illegible] [illegible] Carney Raymond Hurley Kevin Langford Eve Mulconry Siona Rafferty Philip Smith Kenneth Egan John Glackin Bryan Strahan Hugh O'Donnell Conor Hurley Ted Williams Alex McLean Glenn Butt Niav O'Higgins

Consultants: Paul McLaughlin Ian A. Scott John G. Fish Peter McLaughlin Dr. Mary Redmond Dr. Yvonne Scannell Dr. Robert Clark

the striking out of the Proceedings should be taken as an acknowledgement of the existence thereof. Furthermore, our client reserves the right to rely on such defences as are open to it in response to any further claims which may be made by or on behalf of your clients.

As you know the Proceedings have now been adjourned to 1.45pm today. We are most anxious that the Proceedings are resolved today as this is the last day of the Law Term.

Please confirm now that the Proceedings can be struck out at 1.45pm on the above basis.

We await hearing from you.

Yours faithfully

Arthur Cox

ARTHUR COX