UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
HIGHFIELDS CAPITAL LTD.,       )
HIGHFIELDS CAPITAL I LP,       )
HIGHFIELDS CAPITAL II LP,      )
     Plaintiffs,               )
                               )
     v.                        )    C. A. No. 04-10624-MLW
                               )
SCOR, S.A.,                    )
     Defendant.                )
```

ORDER

WOLF, D.J.                                           August 3, 2005

In light of the recent dismissal of the parties' action in the Irish courts and the Highfields plaintiffs' transfer of their shares in IRP Holdings Limited to SCOR, it is hereby ORDERED that the parties confer and, by August 12, 2005, state whether this case too has been settled and, if not, file memoranda addressing the implications of the conclusion of the Irish action for the pending motion to dismiss.

                                    /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE