UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HIGHFIELDS CAPITAL LTD.,      )
    Plaintiff,               )
                              )   C.A. No. 04-10624-MLW
    v.                        )
                              )
SKOR, S.A.,                   )
    Defendant.                )

<u>ORDER</u>

WOLF, D.J.                                          August 22, 2005

    I have recently ruptured an Achilles tendon and, based on the advice of my doctor, am now minimizing court appearances until at least August 30, 2005. Accordingly, the August 24, 2005 hearing is, with apologies, being postponed. If a hearing is necessary, it will be held on September 20, 2005, at 10:30 a.m.

                                  /S/ MARK L. WOLF
                                  UNITED STATES DISTRICT COURT