UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------x
Highfields Capital Ltd., Highfields      :
Capital I LP, Highfields Capital II LP,  :
                                         :
                    Plaintiffs,          :   Case No. 04-10624 (MLW)
             v.                          :
                                         :
SCOR, S.A.,                              :
                                         :
                    Defendant.           :
-----------------------------------------------------x
```

## ASSENTED TO MOTION TO CONTINUE HEARING AND SCHEDULING CONFERENCE

Defendant SCOR, S.A. ("SCOR"), with the assent of Plaintiffs Highfields Capital Ltd. *et al*., hereby requests that this Court continue the motion hearing and scheduling conference scheduled for September 20, 2005 before Judge Wolf in the above-captioned matter and reschedule it for a time mutually convenient to the Court and the Parties. After consultation with Plaintiffs' counsel, SCOR respectfully requests that the hearing and conference be rescheduled for September 22, 2005, September 23, 2005 or on any date during the week of September 26, 2005 to September 30, 2005. As grounds for this request, SCOR states the following:

1.     On August 22, 2005, this Court postponed the motion hearing and scheduling conference set for August 24, 2005 to September 20, 2005 at 10:30 am.

2.     Defendant SCOR's lead counsel, James Carter of Sullivan & Cromwell LLP, has a scheduling conflict with the September 20, 2005 hearing date as he will be on arbitration trial in another matter on that date.

Wherefore, SCOR respectfully moves this Court to continue the September 20, 2005 motion hearing and scheduling conference.

Respectfully submitted,

*/s/ Douglas H. Meal*

Douglas H. Meal (BBO# 340971)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Tel:  617-951-7000
Fax:  617-951-7050

Counsel for Defendant SCOR, S.A.

September 6, 2005

Of Counsel:
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel:  212-558-4000
Fax:  212-558-3588

-2-