UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------x
Highfields Capital Ltd., Highfields                    :
Capital I LP, Highfields Capital II LP,                :
                                                       :
                    Plaintiffs,                        :   Case No. 04-10624 (MLW)
           v.                                          :
                                                       :
SCOR, S.A.,                                            :
                                                       :
                    Defendant.                         :
-------------------------------------------------------x
```

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Giselle J. Joffre of the firm of Ropes & Gray LLP, One International Place, Boston, Massachusetts, 02110, (617) 951-7000, on behalf of the defendant SCOR, S.A. in the matter captioned above.

Respectfully submitted,

*/s/ Giselle J. Joffre*
Giselle J. Joffre (BBO# 658047)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Tel:  617-951-7000
Fax:  617-951-7050

Counsel for Defendant SCOR, S.A.

September 28, 2005

Of Counsel:
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel:  212-558-4000
Fax:  212-558-3588

9484169_2.DOC