```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

HIGHFIELDS CAPITAL, LTD.,            )
HIGHFIELDS CAPITAL I LP,             )
HIGHFIELDS CAPITAL II LP             )
    Plaintiffs,                      )   C. A. No. 04-10624-MLW
                                     )
    v.                               )
                                     )
SCOR, S.A.                           )
    Defendant                        )

<u>ORDER</u>

WOLF, D.J.                                        September 28, 2005

    For the reasons stated in court on September 28, 2005, it is hereby ORDERED that:

    1. The Defendant's Motion for Leave to File a Reply Memorandum in Further Support of Its Motion to Dismiss or Stay is ALLOWED.

    2. The Defendant's Motion to Dismiss Plaintiff's Complaint or, in the Alternative, to Stay the Action is DENIED.

    3. The parties shall comply with the attached Scheduling Order.

                                             /s/ MARK L. WOLF
                                           UNITED STATES DISTRICT JUDGE