```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

HIGHFIELDS CAPITAL, LTD et al
          Plaintiff(s)

         v.                        CIVIL ACTION
                                   NO.  04-10624-MLW

SCOR, S.A.
               Defendant(s)


                         SCHEDULING ORDER

WOLF, D.J.


     This case is governed procedurally by the 1992 Amendments to the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), which implement the District's Civil Justice Expense and Delay Reduction Plan. Counsel must, therefore, comply with the relevant Local Rules in the litigation of this case.

     It is hereby ORDERED pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16(f) that:

[X] 1.   SCOR, S.A.  shall answer the Complaint by NOVEMBER 18, 2005 .

[X] 2.   The parties shall by DECEMBER 9, 2005  make the automatic document disclosure required by Local Rule 26.2(A) and, if applicable, disclose the information required by Local Rule 35.1

[X] 3.   The parties shall by DECEMBER 9, 2005  make the disclosure authorized by Local Rule 26.1(B)(1) and (2).

[ ] 4.   Counsel and the principals for the parties shall meet at least once to explore the possibility of settlement and report to the court by October 28, 2005  the status and prospects for settlement.

     If the case is not settled, the parties shall report whether they wish to participate in mediation to be conducted by a magistrate judge or attorney on the Court's panel of mediators.

[X] 5. Plaintiff(s) and/or Counterclaim or Third Party Plaintiff(s) shall by DECEMBER 8, 2006  designate experts and disclose the information described in Fed. R. Civ. P. 26(a)(2), concerning each expert. Each other party shall by JANUARY 12, 2007 designate expert(s) and disclose the information described in Fed. R. Civ. P. 26(a)(2).

[X]   6.   All discovery shall be complete by MARCH 23, 2007 .

[X]   7.   Counsel for the parties shall confer and, by APRIL 13, 2007 , file a report as to the prospects for settlement and whether either party feels there is a proper basis for filing a motion for summary judgment.

[X]   8.   A scheduling conference will be held on APRIL 18, 2007 at 4:00 PM  and must be attended by trial counsel with full settlement authority or with their client(s). If appropriate, a schedule for filing motions for summary judgment will be established at this conference.

[X]   9.   A final pretrial conference will be held on MAY 3, 2007 at 4:00 PM  and must be attended by trial counsel with full settlement authority or with their client.  Counsel shall be prepared to commence trial as of the date of the final pretrial conference.

[X]   10.  Trial shall commence on MAY 14, 2007  .

　　　All provisions and deadlines contained in this Order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record.  The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery.
　　　Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the Court or upon the request of counsel.

　　　　　　　　　　　　　　　　　　　By the Court,
　　　　　　　　　　　　　　　　　　　DENNIS P. O'LEARY


September 29, 2005　　　　　　　　　　/s/ Dennis O'Leary
Date　　　　　　　　　　　　　　　　　Deputy Clerk