IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Highfields Capital Ltd., Highfields Capital I LP, Highfields Capital II LP,<br><br>     Plaintiffs,<br><br>v.<br><br>SCOR, S.A.,<br><br>     Defendant. | Civil Action No.<br>04-10624-MLW |

## REPORT ON THE STATUS AND PROSPECTS FOR SETTLEMENT

In accordance with the Court's Scheduling Order dated September 29, 2005, the parties hereby submit this report on the status and prospects for settlement. Counsel and the principals for the parties met to explore the possibility of settlement on October 26, 2005 at the offices of Ropes & Gray in Boston. Lisa Wood from Foley Hoag, LLP, and Joseph Mazzella and Matthew Botein from Highfields attended on behalf of the plaintiffs, and Garth Bray from Sullivan & Cromwell LLP, Giselle Joffre from Ropes & Gray LLP, and Patrick Thourot from SCOR in France, attended on behalf of the defendant. The case did not settle.

At this time, the parties do not wish to participate in mediation to be conducted by a magistrate judge or attorney on the Court's panel of mediators.

The parties are ready to proceed with the remaining events contemplated under the Scheduling Order, including answering the complaint, automatic disclosures, and discovery.

B3116486.1

- 2 -

Respectfully submitted,

| | |
|---|---|
| HIGHFIELDS CAPITAL LTD., HIGHFIELDS CAPITALS I LP, and HIGHFIELDS CAPITAL II LP, | SCOR, S.A., |
| /s/ Ian J. McLoughlin | /s/ Giselle Joffre |
| Lisa C. Wood, BBO # 5438111 | Douglas H. Meal, BBO # 340971 |
| Ian J. McLoughlin, BBO # 647203 | Giselle Joffre, BBO # 658047 |
| FOLEY HOAG LLP | Ropes & Gray LLP |
| 155 Seaport Boulevard | One International Place |
| Boston, Massachusetts 02210 | Boston, MA  02110-2624 |
| Tel:  (617) 832-1000 | Tel:  (617) 951-7517 |
| Fax: (617) 832-7000 | Fax:  (617) 951-7050 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |