UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------X
Highfields Capital Ltd., Highfields  :
Capital I LP, Highfields Capital II LP,  :
                          Plaintiffs,  :  Case No. 04-10624 (MLW)
          v.  :
SCOR, S.A.,  :
                          Defendant.  :
---------------------------------------------------------X

## MOTION FOR ADMISSION *PRO HAC VICE*

Douglas H. Meal, a member of the Bar of the United States District Court for the District of Massachusetts, who has entered an appearance in this action on behalf of Defendant, SCOR, hereby moves this Court for admission *pro hac vice* of Theodore Edelman, as counsel for defendant, SCOR, pursuant to Local Rule 83.5.3.

Attached hereto in support of this motion is the Certificate of Theodore Edelman that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and that he is familiar with the Local Rules of this Court.

9963002_1.DOC

CERTIFICATE PURSUANT TO LOCAL RULE 7.1 (A)(2)

Pursuant to discussion with Lisa C. Wood, counsel for plaintiff, the undersigned can report that Plaintiff assents to this motion.

                        Respectfully submitted,

                        */s/ Douglas H. Meal*
                        Douglas H. Meal (BBO# 340971)
                        ROPES & GRAY LLP
                        One International Place
                        Boston, MA 02110-2624
                        Tel:  617-951-7000
                        Fax:  617-951-7050

                        Counsel for Defendant SCOR, S.A.

March 17, 2006

Of Counsel:
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel:  212-558-4000
Fax:  212-558-3588

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon Lisa C. Wood, the attorney of record for the Plaintiff at Foley Hoag LLP, 155 Seaport Blvd, Boston, MA 02210-2600 by hand on March 17, 2006.

                        */s/ Giselle J. Joffre*
                        Giselle J. Joffre