UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| Highfields Capital Ltd., Highfields Capital I LP, Highfields Capital II LP, | : : : |
| Plaintiffs, | : Case No. 04-10624 (MLW) |
| v. | : : |
| SCOR, S.A., | : : |
| Defendant. | : : |

---

## MOTION FOR ADMISSION *PRO HAC VICE*

Douglas H. Meal, a member of the Bar of the United States District Court for the District of Massachusetts, who has entered an appearance in this action on behalf of Defendant, SCOR, hereby moves this Court for admission *pro hac vice* of Ellen V. Holloman, as counsel for defendant, SCOR, pursuant to Local Rule 83.5.3.

Attached hereto in support of this motion is the Certificate of Ellen V. Holloman that she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; that there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and that she is familiar with the Local Rules of this Court.

9963014_1.DOC

CERTIFICATE PURSUANT TO LOCAL RULE 7.1 (A)(2)

Pursuant to discussion with Lisa C. Wood, counsel for Plaintiffs, the undersigned can report that Plaintiffs assent to this motion.

Respectfully submitted,

*/s/ Douglas H. Meal*
Douglas H. Meal (BBO# 340971)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Tel:  617-951-7000
Fax: 617-951-7050

Counsel for Defendant SCOR, S.A.

March 17, 2006

Of Counsel:
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel:  212-558-4000
Fax: 212-558-3588

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon Lisa C. Wood, the attorney of record for the Plaintiffs at Foley Hoag LLP, 155 Seaport Blvd, Boston, MA 02210-2600 by hand on March 17, 2006.

*/s/ Giselle J. Joffre*
Giselle J. Joffre