UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Highfields Capital Ltd., Highfields Capital I LP, Highfields Capital II LP, <br><br> Plaintiffs, <br><br> v. <br><br> SCOR, S.A., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No.  04-10624 MLW ) ) ) ) ) |

## NOTICE OF APPEARANCE OF KENNETH S. LEONETTI

Please notice the appearance of Kenneth S. Leonetti on behalf of Plaintiffs Highfields Capital Ltd., Highfields Capital I LP, and Highfields Capital II LP.  Lisa C. Wood and Ian J. McLoughlin of Foley Hoag LLP also continue to represent the Plaintiffs.

FOLEY HOAG LLP

/s/    *Kenneth S. Leonetti*
Lisa C. Wood, BBO# 543811
Kenneth S. Leonetti, BBO #629515
Ian J. McLoughlin, BBO # 647203
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Tel: (617) 832-1000
Fax: (617) 832-7000
e-mail - lwood@foleyhoag.com

Attorneys for Plaintiffs

April 21, 2006

B3192773.1

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of April, 2006, a true copy of the above document was served by first class United States mail upon Douglas H. Meal, the attorney of record for Defendant at Ropes & Gray LLP, One International Place, Boston, MA 02110-2624.

                                                        /s/   *Kenneth S. Leonetti*
                                                       Kenneth S. Leonetti, BBO# 629515