**DECLARATION OF DOUGLAS H. MEAL**
**EXHIBIT 12**
**REDACTED**

| Window: | Contact List |
|---|---|
| Group: | <No Group> |
| Lookup: | Fund |
| Database: | Investor Database.dbf |

HC I L P

| Company | Δ | State | Country |
|---|---|---|---|

**CONFIDENTIAL MATERIAL REDACTED**

CONFIDENTIAL
HIGH010118

| Company | Δ | State | Country |
|---|---|---|---|

**CONFIDENTIAL MATERIAL REDACTED**

CONFIDENTIAL
HIGH010119