# DECLARATION OF DOUGLAS H. MEAL
# EXHIBIT 14
# REDACTED

Window: Contact List
Group: <No Group>
Lookup: Fund
Database: Investor Database.dbf

HC Ltd

| Company | State | Country | Last Results |
| --- | --- | --- | --- |

**CONFIDENTIAL MATERIAL REDACTED**

CONFIDENTIAL
HIGH010115

Monday, August 23, 2004 Page 1 Printed with ACT! for Windows

| Company △ | State | Country | Last Results |
| --- | --- | --- | --- |

CONFIDENTIAL MATERIAL REDACTED

CONFIDENTIAL
HIGH010116

Monday, August 23, 2004 Page 2 Printed with ACTI for Windows

| Company △ | State | Country | Last Results |
| --- | --- | --- | --- |

CONFIDENTIAL MATERIAL REDACTED

CONFIDENTIAL
MATERIAL REDACTED

CONFIDENTIAL
HIGH010117

Monday, August 23, 2004 Page 3 Printed with ACTI for Windows