# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Highfields Capital Ltd., Highfields Capital I LP, Highfields Capital II LP,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>SCOR, S.A.,  )<br>  )<br>Defendant.  )<br>  ) | Civil Action No.  04-10624 MLW |

## ASSENTED-TO MOTION TO FILE REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AFFIRM SUBJECT MATTER JURISDICTION OR, IN THE ALTERNATIVE, TO REFER CASE TO STATE COURT

Plaintiffs Highfields Capital Ltd., Highfields Capital I LP, and Highfields Capital II LP (collectively, "Plaintiffs") hereby request pursuant to Local Rule 7.1(B)(3) that they be permitted to submit the accompanying Reply Memorandum in support of their Motion to Affirm Subject Matter Jurisdiction, or in the Alternative, to Refer Case to State Court, attached as Exhibit A. As grounds for this motion, Plaintiffs state that (1) this memorandum responds to issues of law and fact raised in Defendant SCOR's opposition, which necessitate a response; (2) Plaintiffs believe that this memorandum will help the Court resolve complex legal and factual issues relating to subject matter jurisdiction, issues which are extremely important and deserving of a detailed inquiry; and (3) counsel for Defendant SCOR has assented to this motion.

FOLEY HOAG LLP


/s/   *Ian J. McLoughlin*
Lisa C. Wood, BBO# 543811
Kenneth S. Leonetti, BBO #629515
Ian J. McLoughlin, BBO # 647203
Patrick J. Vallely, BBO # 663866
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Tel: (617) 832-1000
Fax: (617) 832-7000
e-mail - imclough@foleyhoag.com

Attorneys for Plaintiffs

May 12, 2006


### CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1

I, Kenneth S. Leonetti, certify that on May 12, 2006, I conferred with opposing counsel, James H. Carter, by telephone, to inquire whether the Defendant would assent to the granting of leave to file a reply brief. Mr. Carter stated that Defendant would assent to the foregoing motion.


/s/   *Kenneth S. Leonetti*
Kenneth L. Leonetti, BBO # 629515


### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2006, a true copy of the above document was served by facsimile and first class United States mail upon Douglas H. Meal, the attorney of record for Defendant at Ropes & Gray LLP, One International Place, Boston, MA 02110-2624.

/s/   *Ian J. McLoughlin*
Ian J. McLoughlin, BBO # 647203