**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

——————————————————x
HIGHFIELDS CAPITAL LTD., :
HIGHFIELDS CAPITAL I LP, :
HIGHFIELDS CAPITAL II LP, :
: Civ. No. 04-10624 (MLW)
           Plaintiffs, :
   v. :
:
SCOR, S.A., :
:
           Defendant. :
——————————————————x

**MOTION FOR LEAVE TO SUBMIT SUR-REPLY MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO AFFIRM SUBJECT MATTER JURISDICTION OR, IN THE ALTERNATIVE, TO REFER CASE TO STATE COURT**

Defendant SCOR respectfully requests leave, pursuant to Local Rule 7.1(B)(3), to submit the accompanying Memorandum of Law in Opposition to Plaintiffs' Proposed Reply Memorandum of Law in Support of its Motion to Affirm Subject Matter Jurisdiction Or, in the Alternative, Refer Case to State Court (the "Memorandum").

As grounds for this motion, SCOR states the following:

1.     The Memorandum is necessary in order to address and clarify several significant misstatements of law and fact in Highfields' Proposed Reply Memorandum.

2.     SCOR believes that the Memorandum will help the Court to resolve outstanding questions concerning the threshold issue of its subject matter

10042507_1.DOC

jurisdiction over this litigation, which, as Highfields has recognized, "are extremely important and deserving of a detailed inquiry." (Pls.' Motion to File Rep. Mem. 1.)

      3.    Counsel for Highfields has assented to this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Of Counsel:<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004-2498<br>Tel: 212-558-4000<br>Fax: 212-558-3588 | ROPES & GRAY LLP<br><br>By:____/s/ Douglas H. Meal_____<br>      Douglas H. Meal (BBO#340971)<br>      Giselle Joffre (BBO#658047)<br><br>      One International Place<br>      Boston, MA 02110-2624<br>      Tel: 617-951-7000<br>      Fax: 617-951-7050<br>      Counsel for Defendant SCOR |

Dated: May 26, 2006
      Boston, Massachusetts

## CERTIFICATION OF COMPLIANCE WITH LR 7.1

I hereby certify that counsel for SCOR conferred with counsel for Plaintiffs and that Plaintiffs' counsel assents to this motion.

                                                  */s/ Giselle J. Joffre*
                                                  Giselle Joffre, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2006, I caused a true and correct copy of the foregoing document, Defendant SCOR's Motion for Leave to Submit Sur-Reply Memorandum of Law in Opposition to Plaintiffs' Reply Memorandum in Support of Their Motion to Affirm Subject Matter Jurisdiction Or, in the Alternative, to Refer Case to State Court, to be served by hand upon:

    Lisa C. Wood, Esq.
    Foley Hoag LLP
    Seaport World Trade Center West
    155 Seaport Boulevard
    Boston, Massachusetts  02210

                                                  */s/ Giselle J. Joffre*
                                                  Giselle Joffre, Esq.