## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Highfields Capital Ltd., Highfields Capital I LP, Highfields Capital II LP, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>SCOR, S.A., <br><br>　　　　Defendant. | Civil Action No.  04-10624 MLW |

### NOTICE OF APPEARANCE OF PATRICK J. VALLELY

Please notice the appearance of Patrick J. Vallely on behalf of Plaintiffs Highfields Capital Ltd., Highfields Capital I LP, and Highfields Capital II LP.  Lisa C. Wood, Kenneth S. Leonetti, and Ian J. McLoughlin of Foley Hoag LLP also continue to represent the Plaintiffs.

　　　　　　　　　　　　　　　　　FOLEY HOAG LLP


　　　　　　　　　　　　　　　　　/s/    *Patrick J. Vallely*
　　　　　　　　　　　　　　　　　Lisa C. Wood, BBO# 543811
　　　　　　　　　　　　　　　　　Kenneth S. Leonetti, BBO #629515
　　　　　　　　　　　　　　　　　Ian J. McLoughlin, BBO # 647203
　　　　　　　　　　　　　　　　　Patrick J. Vallely, BBO # 663866
　　　　　　　　　　　　　　　　　Seaport World Trade Center West
　　　　　　　　　　　　　　　　　155 Seaport Boulevard
　　　　　　　　　　　　　　　　　Boston, MA 02210-2600
　　　　　　　　　　　　　　　　　Tel: (617) 832-1000
　　　　　　　　　　　　　　　　　Fax: (617) 832-7000
　　　　　　　　　　　　　　　　　e-mail - lwood@foleyhoag.com

　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

June 5, 2006

B3212514.1

## CERTIFICATE OF SERVICE

    I hereby certify that on this 5th day of June, 2006, a true copy of the above document was served by first class United States mail upon Douglas H. Meal, the attorney of record for Defendant at Ropes & Gray LLP, One International Place, Boston, MA 02110-2624.

                                                 /s/    *Ian J. McLoughlin*
                                                 Ian J. McLoughlin, BBO# 647203