**MEAL DECLARATION
EXHIBIT 2
(REDACTED)**

Window: Contact List
Group: <No Group>
Lookup: Fund
Database: Investor Database.dbf

HC II LP

| Company | △ | State | Country |
|---|---|---|---|

CONFIDENTIAL
MATERIAL REDACTED

CONFIDENTIAL MATERIAL REDACTED

CONFIDENTIAL
MATERIAL REDACTED

CONFIDENTIAL
HIGH010127

Company | State | Country

CONFIDENTIAL
MATERIAL REDACTED

**CONFIDENTIAL MATERIAL REDACTED**

CONFIDENTIAL
MATERIAL REDACTED

CONFIDENTIAL
HIGH010128

| Company | Δ | State | Country |
|---|---|---|---|

CONFIDENTIAL
MATERIAL REDACTED

CONFIDENTIAL MATERIAL REDACTED

CONFIDENTIAL
MATERIAL REDACTED



CONFIDENTIAL
HIGH010129