**MEAL DECLARATION
EXHIBIT 3
(REDACTED)**

Window: Contact List
Group: <No Group>
Lookup: Fund
Database: Investor Database.dbf

HC Ltd

| Company | State | Country | Last Results |
|---------|-------|---------|--------------|

CONFIDENTIAL MATERIAL REDACTED

Monday, August 23, 2004

Page 1

Printed with ACT! for Windows

CONFIDENTIAL
HIGH010115

CONFIDENTIAL MATERIAL REDACTED

CONFIDENTIAL
HIGH010116

Company  △  State  County  Last Results

**CONFIDENTIAL MATERIAL REDACTED**

CONFIDENTIAL
MATERIAL REDACTED

CONFIDENTIAL
HIGH010117