**MEAL DECLARATION
EXHIBIT 4
(REDACTED)**

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY CONFIDENTIAL
HIGH010118

Redacted as Privileged Material

pursuant to May 5, 2006 letter

**HIGHLY CONFIDENTIAL**
HIGH010119