**MEAL DECLARATION
EXHIBIT 5
(REDACTED)**

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY

CONFIDENTIAL
HIGH010127

Redacted as Privileged Material

pursuant to May 5, 2006 letter

**HIGHLY**

CONFIDENTIAL
HIGH010128

Printed with ACT! for Windows

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY CONFIDENTIAL
HIGH010129