**MEAL DECLARATION
EXHIBIT 6
(REDACTED)**

Redacted as Privileged Material

pursuant to May 5, 2006 letter

**HIGHLY CONFIDENTIAL**
HIGH010115

Redacted as Privileged Material

pursuant to May 5, 2006 letter

**HIGHLY CONFIDENTIAL**
HIGH010116

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010117