**MEAL DECLARATION
EXHIBIT 8
(REDACTED)**



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Kenneth S. Leonetti
Boston Office
(617) 832-1271
kleonetti@foleyhoag.com

April 27, 2006

***VIA COURIER***

Douglas H. Meal, Esq.
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624

Re:  *Highfields Capital Ltd. v. SCOR, S.A.*
     **C.A. No. 04-10624-MLW**

Dear Doug:

Enclosed please find the investor lists for Highfields Capital I and Highfields Capital II as of March 30, 2004 without the names of the investors, but a description of the type of each investor, marked with Bates numbers HIGH 013254 through HIGH 013260. Please note that the documents are designated as *Highly Confidential* pursuant to the February 27, 2006 Stipulation and Protective Order entered in this matter and the documents should treated in accordance therewith.

Please do not hesitate to contact me if you wish to discuss this further.

Sincerely yours,

Kenneth S. Leonetti

KSL:bgk
Enclosures

cc:  James H. Carter, Jr., Esq. (w/encls.)
     Lisa C. Wood, Esq. (w/o encls.)

Investor List for Highfields Capital I LP

| Investor Type | Mailing address | Formation country* |
|---|---|---|

CONFIDENTIAL
MATERIAL REDACTED

CONFIDENTIAL MATERIAL REDACTED

CONFIDENTIAL
MATERIAL REDACTED

**Investor List for Highfields Capital I LP**

| Investor Type | Mailing address | Formation country* |
|---|---|---|

CONFIDENTIAL
MATERIAL REDACTED

**CONFIDENTIAL MATERIAL REDACTED**

CONFIDENTIAL
MATERIAL REDACTED

* U.S. unless otherwise noted          2 / 3

HIGH 013255
Highly Confidential

Investor List for Highfields Capital I LP

| Investor Type | Mailing address | Formation country* |
|---|---|---|

**CONFIDENTIAL MATERIAL REDACTED**

HIGH 013256
Highly Confidential

Highly Confidential

Investor List for Highfields Capital II LP

| Investor Type | Mailing address | Formation country* |
|---|---|---|

**CONFIDENTIAL
MATERIAL REDACTED**

**CONFIDENTIAL MATERIAL REDACTED**

**CONFIDENTIAL
MATERIAL REDACTED**

* U.S. unless otherwise noted  1 / 4  HIGH 013257

Investor List for Highfields Capital II LP

| Investor Type | Mailing address | Formation country* |
| --- | --- | --- |

CONFIDENTIAL
MATERIAL REDACTED

**CONFIDENTIAL MATERIAL REDACTED**

CONFIDENTIAL
MATERIAL REDACTED

* U.S. unless otherwise noted          2 / 4          HIGH 013258
Highly Confidential

Investor List for Highfields Capital II LP

| Investor Type | Mailing address | Formation country* |
|---|---|---|

CONFIDENTIAL
MATERIAL REDACTED



**CONFIDENTIAL MATERIAL REDACTED**



CONFIDENTIAL
MATERIAL REDACTED

* U.S. unless otherwise noted        3 / 4

HIGH 013259
Highly Confidential

Investor List for Highfields Capital II LP

| Investor Type | Mailing address | Formation country* |
| --- | --- | --- |

**CONFIDENTIAL MATERIAL REDACTED**

* U.S. unless otherwise noted

HIGH 013260
Highly Confidential