# MEAL DECLARATION
# EXHIBIT 9

# Meal, Douglas H.

| | |
|---|---|
| **From:** | Joffre, Giselle J. |
| **Sent:** | Tuesday, May 02, 2006 7:44 PM |
| **To:** | 'Leonetti, Ken' |
| **Cc:** | Meal, Douglas H.; Wood, Lisa; Carter, James H.; 'Edelman, Theodore'; Holloman, Ellen V.; Joffre, Giselle J. |
| **Subject:** | RE: Highfields v. SCOR |

Ken,

Highfields does not suffer any prejudice by SCOR having filed the documents at issue (with Bates Numbers HIGH 010118-119, 010127-29 and 010115-117) under seal as "Confidential" documents because "Highly Confidential" documents would have been filed under seal in the exact same manner. As a technical matter, Highfields has not yet redesignated the documents at issue in the manner required under Paragraph 7 of the Stipulation and Protective Order.

Given Highfields' desire to change the confidentiality designation of the documents, for the time being SCOR will treat the documents at issue as "Highly Confidential," if Highfields complies with its obligation to provide replacement pages for the documents that it seeks to redesignate; notwithstanding that SCOR reserves all rights to object to any confidentiality designation that Highfields has made, or any change in confidentiality designation that Highfields might wish or seek to make, regarding, or any attempt by Highfields to seek return of, the documents at issue.

Regards,
Giselle.

Giselle J. Joffre
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 951-7789
Fax: (617) 951-7050
Email: giselle.joffre@ropesgray.com


-----Original Message-----
From: Leonetti, Ken [mailto:KSL@foleyhoag.com]
Sent: Tuesday, May 02, 2006 4:48 PM
To: Joffre, Giselle J.
Cc: Meal, Douglas H.; Wood, Lisa
Subject: Highfields v. SCOR


    Giselle:  Please be advised that pursuant to paragraph 7 of the Confidentiality Stipulation and Order entered into by the parties in this matter, documents with Bates Numbers HIGH 010118-119, 010127-29 and 010115-117 should be designated as "Highly Confidential" and not "Confidential."

    As Lisa Wood mentioned to you today, Highfields does not consent to your filing these documents with the Court without a Highly Confidential designation.  Because the deadline for SCOR to respond to Highfields' motion is not until tomorrow, we do not see why SCOR needs to rush to file these documents before they are so designated.

    The foregoing is without prejudice to Highfields' right to insist upon return of these documents.

    Regards,

    Ken Leonetti


Kenneth S. Leonetti
> FOLEY HOAG LLP    Seaport World Trade Center West
155 Seaport Boulevard, Boston Massachusetts 02210
 T 617.832.1271   F 617.832.7000    kleonetti@foleyhoag.com
www.foleyhoag.com

United States Treasury Regulations require us to disclose the following: Any tax advice included in this document and its attachments was not intended or written to be used, and it cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Foley Hoag LLP immediately -- by replying to this message or by sending an email to postmaster@foleyhoag.com -- and destroy all copies of this message and any attachments without reading or disclosing their contents. Thank you.

For more information about Foley Hoag LLP, please visit us at www.foleyhoag.com.

2