**MEAL DECLARATION
EXHIBIT 13
(REDACTED)**



**FOLEY**
**HOAG** LLP
ATTORNEYS AT LAW

Joshua A. McGuire
Boston Office
617.832.3040
jmcguire@foleyhoag.com

May 10, 2006

**.pdf File Via E-mail**

Ellen V. Holloman, Esq.
Sullivan & Cromwell LLP
One New Fetter Lane
London EC4A 1AN, England

Re:   ***Highfields Capital Ltd. v. SCOR, S.A.***
      **C.A. No. 04-10624-MLW**

Dear Ellen:

In your May 9, 2006 letter, you requested that we provide you with replacement pages for documents currently bearing a confidentiality designation of "Confidential" which we previously indicated were to be redesignated as "Highly Confidential." This letter will address that request.

As you are aware, on May 2, 2006, we contacted Ropes & Gray by telephone and e-mail to alert it to the fact that documents with bates numbers HIGH10118-119, 010127-129, and 010115-117 should be designated "Highly Confidential" and not "Confidential." We asked that SCOR not include these documents with its opposition to the motion to affirm subject matter jurisdiction given their sensitivity and the fact that all of the information necessary to the jurisdictional issue had been provided by Highfields in the redacted copies of investor lists that we had produced. We also asked for additional time to review these documents before Ropes & Gray filed SCOR's opposition, particularly in light of the fact that the brief was not due until the following day. Ropes & Gray declined to delay the filing. However, Ropes & Gray did agree to treat the documents as having been designated as "Highly Confidential," and also assured us that the documents had not been shown to anyone other than counsel, and would not be so disclosed.

Subsequently, after reviewing the documents and the file in which they were located with our client, we learned of the privileged nature of the documents. On May 5, 2006, we provided notice pursuant to Paragraph 21 of the February 27, 2006 Stipulation and Protective Order (the "Protective Order") that these documents, among others, are

B3201225.2

Ellen V. Holloman, Esq.
May 10, 2006
Page 2

Privileged Materials. SCOR is required to set aside these documents and make no
further use of them in the litigation.

Accordingly, your request for replacement pages -- despite the designation of
these documents as Privileged Materials -- is nonsensical. We do not intend to provide
full replacement copies of documents that you are obligated to return to us or set aside.
Nevertheless, in an abundance of caution, and in order to satisfy your odd request, I have
enclosed replacement pages bearing the confidentiality designation of "Highly
Confidential," which have been fully redacted in light of the fact that they are subject to
the attorney-client privilege. Please substitute these pages for the documents bearing
these bates numbers that were produced previously, destroy all copies of the documents
bearing the "Confidential" label, and set aside these and all other documents identified
as Privileged Material in the May 5, 2006 letter.

If you have any questions about this matter, please do not hesitate to call me.

Very truly yours,

Joshua A. McGuire

Enclosures

cc:    Lisa C. Wood, Esq.
       Kenneth S. Leonetti, Esq.
       Douglas H. Meal, Esq.
       Giselle J. Joffre, Esq.
       James H. Carter, Jr., Esq.

B3201225.2

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010077

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010098

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010099

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY

CONFIDENTIAL
HIGH010100

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY

CONFIDENTIAL
HIGH010114

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010115

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010116

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010117

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY

CONFIDENTIAL
HIGH010118

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY

CONFIDENTIAL
HIGH010119

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010120

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010121

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010122

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010123

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010124

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010125

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010126

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY

CONFIDENTIAL
HIGH010127

Redacted as Privileged Material

pursuant to May 5, 2006 letter

**HIGHLY**

**CONFIDENTIAL**
**HIGH010128**

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY

CONFIDENTIAL
HIGH010129

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010130

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010131

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010132

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010133

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010134

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010135

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010144

Redacted as Privileged Material

pursuant to May 5, 2006 letter


HIGHLY
CONFIDENTIAL
HIGH010145

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010146

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010147

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010148

Redacted as Privileged Material

pursuant to May 5, 2006 letter

HIGHLY
CONFIDENTIAL
HIGH010149

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010150

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010151

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010152

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010153

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY

CONFIDENTIAL
HIGH010154

Redacted as Privileged Material

pursuant to May 5, 2006 letter





HIGHLY
CONFIDENTIAL
HIGH010155

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010156

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010157

Redacted as Privileged Material

pursuant to May 5, 2006 letter





HIGHLY
CONFIDENTIAL
HIGH010158

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010159

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010160

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010161

Redacted as Privileged Material

pursuant to May 5, 2006 letter



Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010163

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010164

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010165

Redacted as Privileged Material

pursuant to May 5, 2006 letter





HIGHLY
CONFIDENTIAL
HIGH010166

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010167

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010168

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010169

Redacted as Privileged Material

pursuant to May 5, 2006 letter




HIGHLY
CONFIDENTIAL
HIGH010170

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010171

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010172

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010173


Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010174

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010175

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010176

Redacted as Privileged Material

pursuant to May 5, 2006 letter



HIGHLY
CONFIDENTIAL
HIGH010177