UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Highfields Capital Ltd., Highfields Capital I LP, Highfields Capital II LP, <br><br> Plaintiffs, <br><br> v. <br><br> SCOR, S.A., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  04-10624 MLW <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DECLARE HIGHFIELDS' INVESTOR LISTS NOT "PRIVILEGED MATERIAL" AND IN SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR A PROTECTIVE ORDER BARRING DISCOVERY FROM PLAINTIFFS' INVESTORS**

[Redacted Confidential Information and Highly Confidential
Information pursuant to Stipulation and Protective Order]

**Exhibit A**
Plaintiffs' Motion For Leave To File Under Seal A
Supporting Memorandum, Exhibits Thereto, And An Affidavit,
And Further To File Certain Materials For the Court's *In Camera* Review

[Redacted Confidential Information and Highly Confidential Information pursuant to Stipulation and Protective Order]

FOLEY HOAG LLP

/s/   Ian J. McLoughlin
Lisa C. Wood, BBO# 543811
Kenneth S. Leonetti, BBO #629515
Ian J. McLoughlin, BBO # 647203
Patrick J. Vallely, BBO # 663866
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Tel: (617) 832-1000
Fax: (617) 832-7000
e-mail - imclough@foleyhoag.com

Attorneys for Plaintiffs

June 22, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2006, a true copy of the above document was served by hand delivery upon Douglas H. Meal, the attorney of record for Defendant at Ropes & Gray LLP, One International Place, Boston, MA 02110-2624.

/s/   Ian J. McLoughlin
Ian J. McLoughlin, BBO # 647203



**FOLEY**
**HOAG** LLP
ATTORNEYS AT LAW

May 5, 2006

Lisa C. Wood
Partner
Boston Office
617.832.1117
lwood@foleyhoag.com

<u>Via Facsimile and U.S. Mail</u>

Douglas H. Meal, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110

    Re:   *Highfields Capital Ltd. v. SCOR, S.A.*
            C.A. No. 04-10624-MLW

Dear Doug:

**[Redacted Confidential Information and Highly Confidential Information pursuant to Stipulation and Protective Order]**

Exhibit 1

Douglas H. Meal, Esq.
May 5, 2006
Page 2

**[Redacted Confidential Information and Highly Confidential Information pursuant to Stipulation and Protective Order]**

Very truly yours,

Lisa C. Wood

cc: Kenneth S. Leonetti, Esq.
Giselle J. Joffre, Esq.
James H. Carter, Jr., Esq. (via e-mail)
Ellen V. Holloman, Esq. (via e-mail)

B3199002.2

## SULLIVAN & CROMWELL LLP

A LIMITED LIABILITY PARTNERSHIP

TELEPHONE: +44 (0)20-7959-8900
FACSIMILE: +44 (0)20-7959-8950
WWW.SULLCROM.COM

*One New Fetter Lane*
*London EC4A 1AN, England*

FRANKFURT • PARIS
LOS ANGELES • NEW YORK • PALO ALTO • WASHINGTON, D.C.
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

May 9, 2006

*Via Electronic Transfer*
*and Facsimile Transmission*

Lisa C. Wood, Esq.,
   Foley Hoag LLP,
      155 Seaport Blvd.,
         Boston, MA 02210-2600.

      Re:   <u>Highfields Capital Ltd. v. SCOR, S.A.</u>, CA 04-10624

Dear Lisa:

**[Redacted Confidential Information and Highly Confidential Information pursuant to Stipulation and Protective Order]**

**Exhibit 2**

Lisa C. Wood, Esq.                                                                                                    -2-

[Redacted Confidential Information and Highly Confidential Information pursuant to Stipulation and Protective Order]

Very truly yours,

Ellen V. Holloman

cc: Kenneth S. Leonetti, Esq.
    Joshua A. McGuire, Esq.
    Ian J. McLoughlin, Esq.
    Jocelyn Heyman, Esq.
    Patrick Vallely, Esq.
    (Foley Hoag LLP)

    James H. Carter, Esq.
    (Sullivan & Cromwell LLP)

Lisa C. Wood, Esq.  -3-

Douglas H. Meal, Esq.
(Ropes & Gray LLP)



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Lisa C. Wood
Partner
Boston Office
617.832.1117
lwood@foleyhoag.com

May 10, 2006

**.pdf File Via E-mail**

Ellen V. Holloman, Esq.
Sullivan & Cromwell LLP
One New Fetter Lane
London EC4A 1AN, England

    Re:   *Highfields Capital Ltd. v. SCOR, S.A.*
           **C.A. No. 04-10624-MLW**

Dear Ellen:

**[Redacted Confidential Information and Highly Confidential Information pursuant to Stipulation and Protective Order]**

Exhibit 3

Ellen V. Holloman, Esq.
May 10, 2006
Page 2

**[Redacted Confidential Information and Highly Confidential Information pursuant to Stipulation and Protective Order]**

Very truly yours,

Lisa C. Wood

cc: Kenneth S. Leonetti, Esq.
    Douglas H. Meal, Esq.
    Giselle J. Joffre, Esq.
    James H. Carter, Jr., Esq.

B3200909.1



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Joshua A. McGuire
Boston Office
617.832.3040
jmcguire@foleyhoag.com

May 10, 2006

<u>.pdf File Via E-mail</u>

Ellen V. Holloman, Esq.
Sullivan & Cromwell LLP
One New Fetter Lane
London EC4A 1AN, England

    Re:   *Highfields Capital Ltd. v. SCOR, S.A.*
           C.A. No. 04-10624-MLW

Dear Ellen:

**[Redacted Confidential Information and Highly Confidential Information pursuant to
Stipulation and Protective Order]**

**Exhibit 4**

Ellen V. Holloman, Esq.
May 10, 2006
Page 2

[Redacted Confidential Information and Highly Confidential Information pursuant to Stipulation and Protective Order]

Very truly yours,

Joshua A. McGuire

Enclosures

cc: Lisa C. Wood, Esq.
    Kenneth S. Leonetti, Esq.
    Douglas H. Meal, Esq.
    Giselle J. Joffre, Esq.
    James H. Carter, Jr., Esq.

B3201225.2

## SULLIVAN & CROMWELL LLP

A LIMITED LIABILITY PARTNERSHIP

TELEPHONE: +44 (0)20-7959-8900
FACSIMILE: +44 (0)20-7959-8950
WWW.SULLCROM.COM

*One New Fetter Lane*
*London EC4A 1AN, England*

FRANKFURT • PARIS
LOS ANGELES • NEW YORK • PALO ALTO • WASHINGTON, D.C.
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

May 11, 2006

*Via Electronic Transfer*
*and Facsimile Transmission*

Lisa C. Wood, Esq.,
   Foley Hoag LLP,
      155 Seaport Blvd.,
         Boston, MA 02210-2600.

      Re:  *Highfields Capital Ltd. v. SCOR, S.A.*, CA 04-10624

Dear Lisa:

**[Redacted Confidential Information and Highly Confidential Information pursuant to Stipulation and Protective Order]**

Exhibit 5

Lisa C. Wood, Esq.                                                                                                   -2-

**[Redacted Confidential Information and Highly Confidential Information pursuant to Stipulation and Protective Order]**

Lisa C. Wood, Esq. -3-

[Redacted Confidential Information and Highly Confidential Information pursuant to Stipulation and Protective Order]

Very truly yours,

Ellen V. Holloman

cc: Kenneth S. Leonetti, Esq.
Joshua A. McGuire, Esq.
Ian J. McLoughlin, Esq.
Jocelyn Heyman, Esq.
Patrick Vallely, Esq.
(Foley Hoag LLP)

James H. Carter, Esq.
(Sullivan & Cromwell LLP)

Douglas H. Meal, Esq.
(Ropes & Gray LLP)

## SULLIVAN & CROMWELL LLP

A LIMITED LIABILITY PARTNERSHIP

TELEPHONE: +44 (0)20-7959-8900
FACSIMILE: +44 (0)20-7959-8950
WWW.SULLCROM.COM

*One New Fetter Lane*
*London EC4A 1AN, England*

FRANKFURT • PARIS

LOS ANGELES • NEW YORK • PALO ALTO • WASHINGTON, D.C.

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY


June 14, 2006


*Via Electronic Transfer*

Lisa C. Wood, Esq.,
   Foley Hoag LLP,
      155 Seaport Blvd.,
         Boston, MA 02210-2600.

      Re:   <u>Highfields Capital Ltd. v. SCOR, S.A.</u>, CA 04-10624

Dear Lisa:


**[Redacted Confidential Information and Highly Confidential Information pursuant to
Stipulation and Protective Order]**


Sullivan & Cromwell LLP is a registered limited liability partnership established under the laws of the State of New York.
The personal liability of our partners is limited to the extent provided in such laws. Additional information is available upon request or at www.sullcrom.com.
A list of the partners' names and professional qualifications is available for inspection at the above address.
All partners are either registered foreign lawyers in England and Wales or solicitors. Regulated by the Law Society.

**Exhibit 6**

Lisa C. Wood, Esq. -2-

**[Redacted Confidential Information and Highly Confidential Information pursuant to Stipulation and Protective Order]**

Lisa C. Wood, Esq.                                                                                          -3-


**[Redacted Confidential Information and Highly Confidential Information pursuant to Stipulation and Protective Order]**

                                      Sincerely,

                                      Matthew R. Stevens

cc:    Kenneth S. Leonetti, Esq.
       Joshua A. McGuire, Esq.
       Ian J. McLoughlin, Esq.
       (Foley Hoag LLP)

       James H. Carter, Esq.
       (Sullivan & Cromwell LLP)

       Douglas H. Meal, Esq.
       (Ropes & Gray LLP)