UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Highfields Capital Ltd., Highfields Capital I LP, Highfields Capital II LP, <br><br> Plaintiffs, <br><br> v. <br><br> SCOR, S.A., <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No.  04-10624 MLW ) ) ) ) ) |

### AFFIDAVIT OF JOSEPH F. MAZZELLA

[Redacted Confidential Information and Highly Confidential
Information pursuant to Stipulation and Protective Order]

Exhibit B
Plaintiffs' Motion For Leave To File Under Seal A
Supporting Memorandum, Exhibits Thereto, And An Affidavit,
And Further To File Certain Materials For the Court's *In Camera* Review

**[Redacted Confidential Information and Highly Confidential
Information pursuant to Stipulation and Protective Order]**

/s/  *Joseph F. Mazzella*
Joseph F. Mazzella

## CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of June, 2006, a true copy of the above document was served by hand delivery upon Douglas H. Meal, the attorney of record for Defendant at Ropes & Gray LLP, One International Place, Boston, MA 02110-2624.

/s/ *Ian J. McLoughlin*
Ian J. McLoughlin, BBO # 647203