UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
HIGHFIELDS CAPITAL LTD.,                :
HIGHFIELDS CAPITAL I LP,                :
HIGHFIELDS CAPITAL II LP,               :
                                        :   Case No. 04-10624 (MLW)
            Plaintiffs,                 :
       v.                               :
                                        :
SCOR, S.A.,                             :
                                        :
            Defendant.                  :
---------------------------------------------------------x

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Sara M. Beauvalot of the firm of Ropes & Gray LLP, One International Place, Boston, Massachusetts, 02110, (617) 951-7000, on behalf of the defendant SCOR, S.A. in the matter captioned above.

Respectfully submitted,

*/s/ Sara M. Beauvalot*
Sara M. Beauvalot (BBO# 658281)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Tel:  617-951-7000
Fax:  617-951-7050

Counsel for Defendant SCOR, S.A.

June 28, 2006

Of Counsel:
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel:  212-558-4000
Fax:  212-558-3588

## CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of June, 2006 the above Notice of Appearance was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Sara M. Beauvalot*
Sara M. Beauvalot, Esq.