UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

―――――――――――――――――――――x
HIGHFIELDS CAPITAL LTD.,        :
HIGHFIELDS CAPITAL I LP,         :
HIGHFIELDS CAPITAL II LP,        :
                                                 :  Civ. No. 04-10624 (MLW)
            Plaintiffs,                      :
        v.                                      :
                                                 :
SCOR, S.A.,                                :
                                                 :
            Defendant.                    :
―――――――――――――――――――――x

**ORDER ON DEFENDANT SCOR'S CROSS-MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATING TO SUBJECT MATTER JURISDICTION**

PENDING BEFORE THE COURT is Defendant SCOR's Cross-Motion to Compel Production of Documents Relating to Subject Matter Jurisdiction, including documents responsive to Request Numbers 34, 35, 36, 37, 65 and 66 of *SCOR's First Request for the Production of Documents by Plaintiffs* ("SCOR's First Request").

The Court, having considered this Cross-Motion, the supporting Memorandum of Law and Declaration of Douglas H. Meal, and any opposition and reply thereto, is of the opinion that it should be, and hereby is:

**ORDERED** that the motion is hereby **GRANTED**;

1.   Plaintiffs are ordered to produce, by _____, 2006, all documents responsive to Request Numbers 34, 35, 36, 37, 65, 66 and 67 of SCOR's First Request.

      2.    Plaintiffs shall reimburse defendant in full for defendants' attorneys' fees and costs associated with this Cross-Motion.

SIGNED at Boston, Massachusetts this ___ day of _____, 2006.

_____
HON. MARK L. WOLF
UNITED STATES DISTRICT JUDGE