UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

―――――――――――――――――――――x
HIGHFIELDS CAPITAL LTD., :
HIGHFIELDS CAPITAL I LP, :
HIGHFIELDS CAPITAL II LP, :
: Civ. No. 04-10624 (MLW)
        Plaintiffs, :
    v. :
:
SCOR, S.A., :
:
        Defendant. :
―――――――――――――――――――――x

**ORDER ON DEFENDANT SCOR'S EMERGENCY MOTION TO STAY ALL NON-JURISDICTIONAL PROCEEDINGS PENDING RESOLUTION OF THE <u>JURISDICTIONAL DISPUTE</u>**

PENDING BEFORE THE COURT is Defendant SCOR's Emergency Motion to Stay All Non-Jurisdictional Proceedings Pending Resolution of the Jurisdictional Dispute.

The Court, having considered this Motion, the supporting Memorandum of Law and any opposition and reply thereto, is of the opinion that it should be, and hereby is:

**ORDERED** that the motion is hereby **GRANTED**;

1.    All proceedings not related to the validity of this Court's subject matter jurisdiction, including merits-related discovery between the parties and the April 7, 2006 subpoenas *duces tecum* served by Plaintiffs on nonparties (1) A.M. Best Company, Inc.; (2) Fitch Ratings; (3) Lazard Frères & Co. LLC; (4) Milliman U.S.A.,

Inc; (5) Moody's Investors Service; (6) Standard & Poor's; and (7) the State of Wisconsin Investment Board, are hereby **STAYED** until further notice.

    2.    Plaintiffs shall reimburse defendant in full for defendants' attorneys' fees and costs associated with this Motion.

SIGNED at Boston, Massachusetts this ___ day of _____, 2006.

_____
HON. MARK L. WOLF
UNITED STATES DISTRICT JUDGE