

ROPES & GRAY LLP

ONE INTERNATIONAL PLACE    BOSTON, MA 02110-2624    617-951-7000    F 617-951-7050

BOSTON    NEW YORK    PALO ALTO    SAN FRANCISCO    WASHINGTON, DC    www.ropesgray.com

June 30, 2006

Douglas H. Meal
(617) 951-7517
doug.meal@ropesgray.com

**BY HAND**

The Honorable Mark L. Wolf
United States District Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, Massachusetts 02210

Re: *Highfields Capital Ltd. v. SCOR, S.A.*, No. 04-10624 (MLW)

Dear Judge Wolf:

    I write on behalf of defendant SCOR to inform the Court that SCOR has filed an amended version of SCOR's *Memorandum of Law in Opposition to Plaintiffs' Cross-Motion for a Protective Order Barring Discovery From Plaintiffs' Investors and in Support of Defendant SCOR's Cross-Motion to Compel Production of Documents Relating to Subject Matter Jurisdiction*, originally filed June 28, 2006, in order to make a correction to the description of the *Lincoln American Corp.* v. *Bryden* decision cited on page sixteen of the Memorandum. A courtesy copy of the amended memorandum is attached.

Respectfully,

Douglas H. Meal

Enclosure

cc:    Lisa C. Wood, Esq.
        Foley Hoag LLP
        155 Seaport Boulevard
        Boston, Massachusetts 02210-2600