UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HIGHFIELDS CAPITAL, LTD.,          )
HIGHFIELDS CAPITAL I LP,           )
HIGHFIELDS CAPITAL II LP           )
    Plaintiffs,                )    C. A. No. 04-10624-MLW
                               )
        v.                     )
                               )
SCOR, S.A.                         )
    Defendants                 )

<u>ORDER</u>

WOLF, D.J.                                          July 11, 2006

On April 19, 2006, the plaintiffs filed a motion asking this court to affirm that it has subject matter jurisdiction over this case. The defendant opposed the motion. In addition, on June 29, 2006, the defendant filed a motion asking this court to stay all proceedings in this case except jurisdictional discovery until the court resolves the jurisdiction issue. The plaintiffs filed a cross motion seeking to stay all proceedings in the case, including jurisdictional discovery.

It appears that the court may be able to resolve the jurisdiction issue without additional discovery. Therefore, until this court has resolved the jurisdiction issue, it is hereby ORDERED that all proceedings in this case are STAYED.


                         /s/ MARK L. WOLF
                        UNITED STATES DISTRICT JUDGE