UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HIGHFIELDS CAPITAL**

**V**

**S.C.O.R. SA**

**CIVIL ACTION
NO. 04-10624-MLW**

**NOTICE**

**WOLF, D.J.**

   PLEASE TAKE NOTICE that the above-entitled case has been set for a hearing on the MOTION TO AFFIRM SUBJECT MATTER JURISDICTION on AUGUST 21, 2006 at 2:00 P.M. before Judge WOLF in Courtroom # 10 on the 5th floor.

                                       SARAH THORNTON, CLERK

July 12, 2006                          By:   /s/ Dennis O'Leary
Date                                         Deputy Clerk


**Notice mailed to:**

(notice.frm - 10/96)                                            [ntchrgcnf.]