UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Highfields Capital Ltd., Highfields Capital I LP, Highfields Capital II LP,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOR, S.A.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-10624 MLW<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION TO CONTINUE MOTION HEARING

  Plaintiffs Highfields Capital Ltd., Highfields Capital I LP, and Highfields Capital II LP, with the assent of defendant SCOR, S.A., hereby request that the Court continue the motion hearing scheduled for August 21, 2006 before Judge Wolf in the above-captioned matter and reschedule it for September 21, 2006 or September 22, 2006. Counsel for the parties have conferred and are available on either of those dates.

  As grounds for their request, Plaintiffs state that their lead counsel, Lisa Wood of Foley Hoag LLP, has a scheduling conflict with the August 21, 2006 hearing date, as she will be on a previously scheduled vacation from August 13, 2006 through August 25, 2006. Lead counsel for the Defendant, James Carter of Sullivan & Cromwell LLP, has a previously scheduled vacation from August 25, 2006 through Labor Day.

  WHEREFORE, Plaintiffs respectfully request that the Court continue the August 21, 2006 motion hearing until September 21, 2006 or September 22, 2006

.

FOLEY HOAG LLP

/s/   Ian J. McLoughlin
Lisa C. Wood, BBO# 543811
Kenneth S. Leonetti, BBO #629515
Ian J. McLoughlin, BBO # 647203
Patrick J. Vallely, BBO # 663866
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Tel: (617) 832-1000
Fax: (617) 832-7000
e-mail - imclough@foleyhoag.com

Attorneys for Plaintiffs

July 26, 2006

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1

I, Lisa C. Wood, certify that on July 26, 2006, I conferred with opposing counsel, James H. Carter, by telephone, to inquire whether the Defendant would assent to continuing the August 21, 2006 motion hearing to September 21 or 22, 2006.  Mr. Carter responded that Defendant would agree to this request.

/s/   Lisa C. Wood
Lisa C. Wood, BBO # 543811

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2006, a true copy of the above document was served by facsimile and first class United States mail upon Douglas H. Meal, the attorney of record for Defendant at Ropes & Gray LLP, One International Place, Boston, MA 02110-2624.

/s/   Ian J. McLoughlin
Ian J. McLoughlin, BBO # 647203