UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HIGHFIELDS CAPITAL, LTD., )<br>HIGHFIELDS CAPITAL I LP, )<br>HIGHFIELDS CAPITAL II LP )<br>    Plaintiffs, )<br>)<br>       v. )<br>)<br>SCOR, S.A. )<br>    Defendants ) | C. A. No. 04-10624-MLW |

MEMORANDUM AND ORDER

WOLF, D.J.                                                August 16, 2006

On August 1, 2006, this court issued an order explaining that this court appears to lack subject matter jurisdiction over this case. The court stated that this case would be dismissed without prejudice on August 15, 2006, unless either party filed a memorandum showing that the court's analysis was incorrect or that further jurisdictional discovery was necessary. Neither party has filed a memorandum. Therefore, for the reasons stated in the August 1, 2006 Order (Dkt. No. 86), this court does not have subject matter jurisdiction over this case, and this case is DISMISSED without prejudice.

                                                /s/ MARK L. WOLF
                                                UNITED STATES DISTRICT JUDGE