UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HIGHFIELDS CAPITAL, LTD, et al**
      **Plaintiff**

    V.

**SCOR, S.A.**
      **Defendant**

CIVIL ACTION

NO.  **04-10624-MLW**

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's Order dated on **AUGUST 16, 2006**, in the above-referenced action, dismissing this action, it is hereby ORDERED:

**Judgment of dismissal without prejudice for the defendant.**

By the Court,

**August 16, 2006**
    Date

**/s/ Dennis O'Leary**
**Deputy Clerk**

(judge-dis.wpd - 12/98)                                                                                         [jgm.]